IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 14 C 9407 |
| v. | ) | |
| | ) | Magistrate Judge |
| NORTHEAST ILLINOIS | ) | Maria Valdez |
| REGIONAL COMMUTER | ) | |
| RAILROAD CORP., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## FINAL JUDGMENT ORDER

The Court hereby grants final judgment in this case, awarding Plaintiff the following relief:

1. Judgment for Plaintiff in the amount of $7,616.00 in back pay damages awarded by the jury.

2. Judgment for Plaintiff in the amount of $7,616.00 in liquidated damages based on the jury's finding that Metra's conduct was willful.

3. Plaintiff shall be entered into the next available apprenticeship program towards a Journeyman position.

4. Plaintiff shall be paid at the current Journeyman rate until he has had an opportunity to complete the next apprenticeship program towards a Journeyman position. Should he succeed, his pay shall continue as a Journeyman; should he fail, his Journeyman pay rate may be discontinued.

5. If the Plaintiff succeeds and becomes a Journeyman following his apprenticeship, Metra shall deem September 1, 2016 as his Journeyman seniority date.

**SO ORDERED.**            **ENTERED:**

**DATE:**    **January 4, 2018**          _____
                                                       **HON. MARIA VALDEZ**
                                                       **United States Magistrate Judge**